1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

ZENA McDONALD,

                    Plaintiff,

          v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

Case No. CV 14-4291 JC

JUDGMENT

18
19
20

          IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

21
22

DATED:  February 27, 2015

23
24
25
26

_____ /s/ _____

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

27
28